# United States District Court
## For The Western District of North Carolina
## Charlotte Division

JERRY THOMAS COLLINS,

       Plaintiff(s),                  JUDGMENT IN A CIVIL CASE

vs.                                        3:09-CV-202

USA,

       Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 27, 2009 Order.

Signed: May 27, 2009

Frank G. Johns, Clerk
United States District Court